UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KIMBERLY ONYE, | ) Case No. 5:23-cv-02093-MAR |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 4/3/2024

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE